CRIMINAL ACTION NO.: 3:25CR-61-DJH

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　PLAINTIFF,

vs.

ANGEL DAVID ZUNIGA-BACA　　　　　　　　　　　　　　DEFENDANT.

### DEFENDANT'S SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE

The Defendant, Angel Zuniga-Baca, respectfully submits this Sentencing Memorandum. His sentencing hearing is scheduled for August 6, 2025. Mr. Zuniga-Baca requests that the Court impose a sentence of 12 months and one day.

**A. Charges and Statutory Sentencing Range.**

On May 14, 2025, Mr. Zuniga-Baca entered guilty pleas to the both counts of the Indictment: Possession of a Firearm by a Prohibited Person, pursuant to 18 U.S.C. §922(g)(5), which carries no more than 15 years imprisonment, followed by no more than three years supervised release, and Illegal Re-Entry After Deportation or Removal, pursuant to 8 U.S.C. §§ 1326(a), which carries a punishment of not more than two years imprisonment, followed by no more than one year supervised release.

**B. PSR.**

Mr. Zuniga-Baca has no objections to the PSR.

**C. Plea Agreement.**

The plea agreement in this case is pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B). Per this Agreement, the United States agrees to: 1) Recommend a sentence at the lowest end of the applicable guideline range; 2) Recommend a reduction of two levels below the otherwise applicable guideline range for "acceptance of responsibility", provided Mr. Zuniga-Baca does not engage in conduct that demonstrates a lack of such acceptance; and 3) Demand forfeiture of the firearm used in commission of the offense.

**D. Guideline Sentencing Range and JSIN Data.**

Pursuant to the Presentence Investigation Report, Mr. Zuniga-Baca's advisory guideline calculations are as follows:

| | |
|---|---|
| Base Offense Level, Group 1, USSG §2K2.1 | 14 |
| Base Offense Level, Group 2, USSG, §2L1.2 | 8 |
| Greater Offense Level | 14 |
| Multicount Adjustment, USSG, §3D1.4 | +1 |
| Acceptance of Responsibility, USSG §3E1.1(a) | -2 |
| Total Offense Level | 13 |
| Criminal History Category | III |
| Guideline Range | 18-24 months |

According to the PSR, the average and median sentences for similarly situated defendants are both 18 months.[1]

**E. Mr. Zuniga-Baca's Background and Circumstances**

Mr. Zuniga-Baca has been removed from the United States on two prior occasions: from Texas in 2009 and from Indiana in 2014.[2] He is a thirty-six-year-old citizen of Honduras. Life for him and his family was hard there. Family members had difficulty finding work and they sometimes did not have enough food to eat.[3] His immediate family could not afford a home of their own, so they all lived with his grandparents.[4] Gangs were active in the area where they lived, making life unsafe.[5] The circumstances made it difficult, but Mr. Zuniga-Baca tried to keep his distance from that life.[6]

Mr. Zuniga-Baca began working in the fields when he was twelve years old.[7] He only went to school through the sixth grade in Honduras and has had no formal education since then.[8] He has, however, gained significant work experience in physically demanding jobs. He has worked in numerous construction jobs – doing roofing, painting, and siding.[9] He was working as a roofer prior to his arrest.[10]

---

[1] PSR, para. 65.
[2] PSR, para. 10.
[3] PSR, para. 50.
[4] Id.
[5] Id.
[6] Id.
[7] PSR, para. 60.
[8] PSR, para. 59.
[9] PSR, para. 59 and 60.
[10] PSR, para. 60.

Mr. Zuniga-Banca has no prior felony convictions.[11] The longest period that he has previously served is 120 days in 2014.[12] It appears that the event that led to that sentence was related to drug or alcohol use, as he was initially also charged with public intoxication.[13] He has two other prior convictions, for misdemeanor possession for controlled substances, both of which occurred in October 2024.[14]

He acknowledges that he has struggled with substance abuse and this is reflected in his criminal record. He reported that he smoked marijuana daily and also used methamphetamine daily for about eight years prior to his arrest.[15] He has never received or sought treatment before, but is interested in participating in substance abuse treatment in the future.[16]

Immigration and Customs Enforcement has lodged a detainer against Mr. Zuniga-Baca.[17] Once he has completed his sentence, he will be transferred to immigration custody.

**F. Requested Sentence and Motion for Variance**

Mr. Zuniga-Baca requests that the Court vary downward and impose a sentence of 12 months and one day. He also requests that the Court waive any fine due to his inability to pay.[18] He has been in custody since March 10, 2025. This period of

---

[11] PSR, para. 42 to 44.
[12] PSR, para. 42.
[13] Id.
[14] PSR, para. 43 and 44.
[15] PSR, para. 58.
[16] Id.
[17] PSR, para. Detainers, page 2.
[18] See PSR, para.62.

time is already longer than the previous sentence that he served. A sentence of twelve months and one day would be about three times longer than his previous custodial sentence.

Such a sentence, followed by his removal from the United States will ensure that Mr. Zuniga-Baca receives a just punishment, will protect the public, and will deter him from any future unlawful conduct, advancing those goals as set out in 18 USC §3553(a).

Respectfully submitted,

/s/ Angela M. Rea
Assistant Federal Defender
200 Theatre Building
629 Fourth Street
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

## CERTIFICATE

I hereby certify that on July 28, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Hon. Alicia Gomez, Assistant United States Attorney.

/s/ Angela M. Rea